# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SILVIO ANTONIO GUTIERREZ SELVA,

Petitioner,

v.

WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,

Respondent.

Case No. 1:26-cv-06923-KES-EPG-HC

ORDER DIRECTING PETITIONER TO FILE RESPONSE TO RESPONDENT'S MOTION TO DISMISS

ORDER SETTING BRIEFING SCHEDULE

Petitioner is a federal immigration detainee proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 23, 2026, Respondent filed a response to the petition, and Petitioner filed a reply on September 30, 2026. (ECF Nos. 7, 8.) On November 1, 2026, Respondent filed a motion to dismiss the petition because Petitioner was ordered removed on September 24, 2026, any appeal was due October 26, 2026, and Petitioner had not filed an appeal as of November 1, 2026. (ECF No. 9.)

Accordingly, the Court HEREBY ORDERS:

1. Within **FOURTEEN (14) days** of the date of service of this order, Petitioner SHALL FILE an opposition or statement of non-opposition to Respondent's motion to dismiss.

\\\

2. Any reply to an opposition to the motion to dismiss SHALL be filed within **SEVEN (7) days** after the opposition has been filed in CM/ECF.

IT IS SO ORDERED.

Dated: **November 2, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE